William D. McHugh, Bar No. 62085
Cammie W. Chen, Bar No. 127378
LAW OFFICES OF McHUGH & CHEN
75 E. Santa Clara Street, Suite 1400
San Jose, CA 95113
Telephone: 408/286-2700
Facsimile:  408/282-7088

Attorneys for Plaintiffs/Petitioner,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO)

| | |
|---|---|
| MICHELLE JOANNE PETROELJE; DANIEL LARS ZEMPEL; and LUKE DANIEL ZEMPEL and ANNALEE RENEE ZEMPEL, minors, by and through their natural father and Guardian,<br><br>    Plaintiffs,<br><br>vs.<br><br>SWIFT LEASING COMPANY, INC., an Arizona Corporation; SWIFT TRANSPORTATION CO., INC., an Arizona Corporation; SWIFT TRANSPORTATION CO., INC., a Nevada Corporation; SWIFT CORPORATION, a Nevada Corporation; WADE SCOTT MEADE, individually<br><br>    Defendants. | No.  2:08-CV-00696-LKK-CMK<br><br>**ORDER** |

   MICHELLE PETROELJE is hereby appointed Guardian ad Litem for LUKE DANIEL ZEMPEL and ANNALEE RENEE ZEMPEL, the minor children herein, for the purpose of prosecuting the within matter.

Dated: December 15, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT