UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHELLE JOANNE PETROELJE;
DANIEL LARS ZEMPEL; and
LUKE DANIEL ZEMPEL and
ANNALEE RENEE ZEMPEL,
minors, by and through
DANIEL LARS ZEMPEL, their
natural father and Guardian,

           NO. CIV. S-08-696 LKK/CMK

      Plaintiffs,

   v.

            O R D E R

SWIFT LEASING COMPANY, INC.,
an Arizona Corporation; SWIFT
TRANSPORTATION COMPANY, INC.,
an Arizona Corporation; SWIFT
TRANSPORTATION CO., INC., a
Nevada Corporation; SWIFT
CORPORATION, a Nevada Corporation;
WADE SCOTT MEADE, individually,

      Defendants.

_____/

On January 26, 2009, petitioner Michelle Petroelje requested an order shortening time that would allow her petition for compromise of minors' claims to be heard on January 30, 2009. Petitioner alleges that absent such an order, she will suffer

1

1  hardship, because she believed that the petition had earlier been

2  timely filed, and she has already taken time of work for that day.

3  Defendants do not oppose this request.

4      The court must deny petitioner's request.  Additionally, the

5  court denies petitioner's request to shorten time and hear her

6  petition on February 9, 2009.  Due to court congestion, the court

7  has already postponed hearing many timely-noticed matters on both

8  days.  Petitioner has not shown cause why the petition must be

9  heard on these days.  Petitioner is directed to refer to Local Rule

10  78-230 regarding the requirements for noticing such motions on the

11  court's regularly scheduled law and motion calendar, and to notice

12  the petition for a future hearing.

13      IT IS SO ORDERED.

14      DATED:  January 27, 2009.

16

17                 LAWRENCE K. KARLTON
                    SENIOR JUDGE

18                 UNITED STATES DISTRICT COURT