1  William D. McHugh, Bar No. 62085
   Cammie W. Chen, Bar No. 127378
2  LAW OFFICES OF McHUGH & CHEN
   75 East Santa Clara Street, Suite 1400
3  San Jose, California  95113
   Telephone: 408/286-2700
4  Facsimile:  408/282-7088

5  Attorneys for Plaintiffs

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                            (SACRAMENTO)

11

12  MICHELLE JOANNE PETROELJE;          No.  2:08-CV-00696-LKK-CMK
    DANIEL LARS ZEMPEL; and LUKE
13  DANIEL ZEMPEL and ANNALEE           **ORDER APPROVING AMENDED**
    RENEE ZEMPEL, minors, by and        **PETITION FOR COMPROMISE OF**
14  through their natural mother and     **MINORS' CLAIM**
    Guardian ad Litem, Michelle Petroelje, ---------------------------------------------------
15                                       Date: March 23, 2009
         Plaintiffs,                     Time: 10:00 a.m.
16                                       Courtroom:  4
    vs.
17
    SWIFT LEASING COMPANY, INC., et
18  al.,

19       Defendants.

20

21       This matter came regularly for hearing before the Honorable Lawrence K. Karlton,

22  on March 23, 2009.  Petitioner Michelle Petroelje appeared with her children, Luke

23  Zempel and Annalee Zempel.  Cammie W. Chen appeared for Petitioner.

24       GOOD CAUSE APPEARING, the Minors' amended petition for compromise of their

25  claims is hereby approved as being in the best interest of the minors.

26       IT IS THEREFORE ORDERED THAT:

27  ///

28  ///

1      1.      The compromise is approved; on payment of the sum of Seventy-Five

2  Thousand Dollars, $75,000, the Defendants shall fully be released and discharged from

3  all claims arising from the facts set forth in the Petition.

4      2.      The proceeds of the settlement shall be disbursed by Petitioner as follows:

5          A.      Payable to the Law Offices of McHugh & Chen for fees & costs in the

6  sum of $20,164.78;

7          B.      The balance of the settlement sum, to wit: $54,835.22 shall be

8  distributed as follows:

9      $27,417.61 to be deposited in the Plumas Bank at the branch located at North Pine

10 Street, Portola, California 96122; in the name of "Michelle Petroelje as Trustee for Luke

11 Zempel, a minor", and $27,417.61 to be deposited in the Plumas Bank at the branch

12 located at North Pine Street, Portola, California 96122, in the name of "Michelle Petroelje

13 as Trustee for Annalee Zempel, a minor," not to be withdrawn without an order of court

14 being first obtained or automatically disbursed upon each minor attaining the age of

15 eighteen (18) years.

16     This Court having determined that the settlement is in the best interest of the

17 minors, Petitioner is authorized to settle this claim on behalf of her son and daughter and

18 receive and negotiate funds on behalf of the minors.  No bond shall be required of

19 Petitioner.  Receipt for deposit of said funds in the sum of $54,835.22 at the Plumas Bank

20 to be filed with the Court within sixty (60) days.

21     **IT IS SO ORDERED.**

22

23     Dated: March 23, 2009.

24

25

26 LAWRENCE K. KARLTON
   SENIOR JUDGE
27 UNITED STATES DISTRICT COURT

28