1  William D. McHugh, Bar No. 62085
   Cammie W. Chen, Bar No. 127378
2  LAW OFFICES OF McHUGH & CHEN
   75 East Santa Clara Street, Suite 1400
3  San Jose, California 95113
   Telephone: 408/286-2700
4  Facsimile: 408/282-7088

5  Attorneys for Plaintiffs,
   MICHELLE JOANNE PETROELJE; DANIEL LARS ZEMPEL
6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9
                              (SACRAMENTO)
10

11 | MICHELLE JOANNE PETROELJE, et al.,      | No. 2:08-CV-00696-LKK-CMK
12 |                                          |
   |       Plaintiffs,                        | **STIPULATION OF DISMISSAL AND ORDER**
13 | vs.                                      |
14 |                                          |
   | SWIFT LEASING COMPANY, INC., et al.,     |
15 |                                          |
   |       Defendants.                        |
16

17      IT IS HEREBY STIPULATED by and between the parties to this action through their

18 designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant

19 to FRCP 41(a)(1).

20 Dated: November ___, 2009        LAW OFFICES OF McHUGH & CHEN

21
                                   By: /s/ Cammie W. Chen (as authorized 11/12/09)
22                                     CAMMIE W. CHEN,
                                       Attorney for Plaintiffs
23                                     Michelle Petroelje & Daniel Zempel

24 DATED: November ___, 2009        BURNHAM BROWN

25
                                   By: /s/ Derek Lim (as authorized 11/20/09)
26                                     DEREK LIM
                                       Attorney for Defendants
27                                     SWIFT LEASING COMPANY, INC., an Arizona
                                       Corporation; SWIFT TRANSPORTATION CO., INC., an
28                                     Arizona Corporation; SWIFT TRANSPORTATION CO.,
                                       INC., a Nevada Corporation; SWIFT CORPORATION, a
                                       Nevada Corporation; WADE SCOTT MEADE

STIPULATION OF DISMISSAL AND PROPOSED ORDER        -1-

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | IT IS SO ORDERED that the above matter be dismissed with prejudice. |
| 4 | |
| 5 | |
| 6 | Dated: November 25, 2009. |

*[Signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION OF DISMISSAL AND PROPOSED ORDER                      -2-